Lorenzo  Nocera
vs.          }No. 63960
Gustavo  Galassi

Raeffalle  Nocera
vs.          }No. 63961
Same

November 4, 1925

BLODGETT, J.  Heard upon mo-
tions for a new trial in each of the
above actions after verdicts of a jury
for the respective plaintiffs.

Actions arose from two promissory
notes.

The defendant claimed certain pay-
ments on account of said notes and
further that same were given for the
sale by plaintiffs to defendant of
three barrels of wine, and that same
was an illegal transaction.

The jury failed to credit his testi-
mony and the court can not say the
verdict was against the preponder-
ance of the evidence.

Motion denied.

For  Plaintiffs:  Charles  R.  Eas-
ton.

For Defendant:  Uldrich Pettine.

---

Giovanni Zucchi
vs.         }No. 63169
Pierino  Thomas

November 4, 1925

BLODGETT, J. Heard upon motion
for new trial filed by plaintiff after
verdict of a jury for defendant.

Action  arose  over  a  promissory
note sold by holder to plaintiff.

Note was payable on demand and
testimony was introduced that while
note was in the  hands  of  original
payee same was dishonoured, and that
the note at the time of its purchase
by plaintiff was so long unpaid that
purchaser took same subject to all
equities existing between the maker
and payee.

The court allowed testimony to be
introduced as to such equities and
can not say the jury was not justified
in its verdict.

Motion denied.

For Plaintiff:  Venango Brollini.
For  Defendant:  William  M.  P.
Bowen.